FILED
2010 NOV - 5  DB
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICE ANN MORRIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. _____ |
| ) | Jury Demand |
| WAL-MART STORES EAST, LP, and ) | |
| WAL-MART REAL ESTATE ) | |
| BUSINESS TRUST, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

Defendants Wal-Mart Stores East, LP, and Wal-Mart Real Estate Business Trust hereby give notice of the removal pursuant to 28 U.S.C. § 1441 et. seq., of the following action filed against them: Patrice Ann Morris v. Wal-Mart Stores East, LP, and Wal-Mart Real Estate Business Trust, in the Circuit Court of Sumner County, Tennessee, No. 83CC1-2010-cv-1174.

A copy of the complaint is attached as Exhibit A. A copy of the summons to Wal-Mart Stores East, LP, is attached as Exhibit B. A copy of the summons to Wal-Mart Real Estate Business Trust is attached as Exhibit C.

According to the complaint, plaintiff is a resident of Sumner County, Tennessee.

Defendant, Wal-Mart Stores East, LP, is a Delaware limited partnership with its principal place of business in Bentonville, Arkansas. WSE Management, LLC, a Delaware limited liability company, is the general partner, and WSE Investment, LLC, a

Delaware limited liability company, is the limited partner. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, Inc., whose parent company is Wal-Mart Stores, Inc., a Delaware corporation.

Defendant Wal-Mart Real Estate Business Trust is a Delaware corporation with its principal place of business in Bentonville, Arkansas.

Jurisdiction is conferred under 28 U.S.C. § 1332 relating to diversity of citizenship of the parties. The parties are citizens of different states. Plaintiff demands $150,000 in compensatory damages, which is in excess of the federal jurisdiction requisite.

Defendants were served with process on October 6, 2010. Less than thirty days have expired since service of process. This Notice of Removal is timely filed as set forth in 28 U.S.C. § 1446(b).

**WHEREFORE,** defendants hereby give notice of the removal of this action pending in the Circuit Court of Sumner County, Tennessee, to the United States District Court for the Middle District of Tennessee, Nashville Division, and request that the proceedings be held thereon.

_____
Patrick Witherington, No. 22348
Howell & Fisher, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
(615) 244-3370
Attorney for defendants

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing was served by U.S. mail, postage prepaid, upon James Bryan Moseley, Moseley & Moseley, Suite 300, One Church Street, 101 Church Street, Nashville, TN 37201-1609, on this the 5th day of November, 2010.

_____

F:\PDW\morris.patrice\Notice of Removal.wpd

3