IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICE ANN MORRIS ) | |
| ) | |
| v. ) | No. 3-10-1045 |
| ) | |
| WAL-MART STORES EAST, LP; ) | |
| WAL-MART REAL ESTATE BUSINESS ) | |
| TRUST; and SOVEREIGN ) | |
| COMMERCIAL MAINTENANCE ) | |
| COMPANY, LLC ) | |

O R D E R

On June 7, 2011, defendant Sovereign Commercial Maintenance Company, LLC filed a notice, with an attached agreed order for release and protection of the plaintiff's medical and employment records (Docket Entry No. 28 and 28-1), which the Court deems to be a joint motion for entry of the proposed order and, as such, it is GRANTED.

By contemporaneous order, the Court has entered the parties' agreed order.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge