IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **PATRICE ANN MORRIS** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) No. 3:10-cv-1045 |
| | ) JURY DEMAND |
| **WAL-MART STORES EAST, LP,** | ) MAGISTRATE JUDGE GRIFFIN |
| | ) (BY CONSENT) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to the dismissal with prejudice of all claims raised by the plaintiff against defendant in the above-captioned action.

**APPROVED BY:**

s/Susan VanDyke
Andy Rowlett, No. 16277
Susan VanDyke, No. 23070
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
#615/244-3370
Attorney for defendant


s/Bryan Moseley (by SSV w/permission)
James Bryan Moseley, No. 21236
237-D Castlewood Drive
Murfreesboro, TN 37129
#615/254-0140
Attorney for plaintiff

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing was served via the electronic filing system upon James Bryan Moseley, Esq., 237-D Castlewood Drive, Murfreesboro TN 37129, on this the 16th day of August, 2013.

                                                S/Susan VanDyke

F:\SSV\Morris, Patrice v. WM (AR)\SETTLEMENT DOCS\stipulation.dismissal.wpd