IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PATRICE ANN MORRIS | ) | |
| | ) | |
| v. | ) | No. 3-10-1045 |
| | ) | |
| WAL-MART STORES EAST, LP; | ) | |
| WAL-MART REAL ESTATE BUSINESS | ) | |
| TRUST; and SOVEREIGN | ) | |
| COMMERCIAL MAINTENANCE | ) | |
| COMPANY, LLC[1] | ) | |

O R D E R

On August 16, 2013, the parties filed a stipulation of dismissal with prejudice (Docket Entry No. 96).

No further action on the part of the Court is required in accord with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Therefore, this case is DISMISSED with prejudice, and the Clerk is directed to close this case on the records of the Court.

It is so ORDERED.

_Juliet Griffin_
JULIET GRIFFIN
United States Magistrate Judge

---

[1] By stipulation filed and order entered on January 3, 2012 (Docket Entry Nos. 33-34), Sovereign Commercial Maintenance Company, LLC was dismissed as a defendant.